# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 17-12-RAW |
| Plaintiff, ) | |
| v. ) | Date: 07/31/2017 |
| BILLY HERSHELL SMITH, II ) | Time: 2:07 PM – 2:24 PM |
| Defendant. ) | |

## MINUTE SHEET
## CHANGE of PLEA

U.S. Magistrate Judge Kimberly E. West    Allison Winkle, Deputy Clerk    Ken Sidwell, Reporter
FTR Courtroom:   3 - Room 432

Counsel for Plaintiff:   Edward Snow, AUSA
Counsel for Defendant:   William P. Widell, Jr., AFPD

Defendant appears in person: ☒ with Counsel;   ☐ Counsel waived;   ☐ w/o Counsel;
Defendant:   ☒ Sworn

☒ Consent to Proceed before U. S. Magistrate Judge executed by defendant and filed.

☒ Defendant advised of charges and possible penalties
☒ Guideline estimates discussed

☒ Defendant entered guilty plea to Counts   1 & 2   of the Indictment
☐ Plea Agreement:  ☐ terms orally disclosed    ☐ written plea agreement filed   ☐ no written plea agreement
  ☐ Motion for Additional One Point Reduction for Acceptance of Responsibility filed by Government
  ☐ Remaining Count(s) to be dismissed at sentencing: Count(s)_____

Defendant waived:  ☐ Indictment;   ☒ Jury Trial;   ☐ Speedy Trial;   ☐ 30 Days Preparation;
  ☐ Separate Representation;   ☒ Waivers accepted by Court

☒ Defendant waived right to having jury determine facts used to enhance Defendant's sentence and consents to the sentencing judge to determine those facts

☒ Defendant related facts of charge;   ☒ Government agreed Defendant's statements meet elements of offense

☒ Court findings:     ☒ Defendant found mentally competent to understand charges and proceedings
        ☒ Factual basis for Defendant's plea;
        ☒ Defendant is guilty as charged as to Counts   1 & 2   of the Indictment

☒ PSI Ordered      Probation Officer:  E. Hilton

☐ Defendant released on _____ bond with pretrial supervision (re: Order Setting Conditions of Release)
☐ Defendant allowed to stand on present bond;   ☐ Government stipulates, findings made
☒ Defendant remanded to custody of U.S. Marshal

☐ The sound recording for this hearing has been reviewed for completeness and correctness. The recording is a true and accurate record of these proceedings: **